**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 01-CV-299 MJD/JGL

Steve Kryzer,

Plaintiff,

v.

BMC Profit Sharing Plan,
BMC Industries, Inc.,
Vision Ease Lens, Inc., and
John Does 1 - 3,

Defendants.

**ORDER**

Based upon the foregoing stipulation it is hereby ordered that the time for defendants to answer or otherwise plead in response to the complaint in the above proceeding is hereby extended through and including March 31, 2001.

Dated: 3/15/01

BY THE COURT:

Franklin L. Noel
United States Magistrate Judge

277686.WPD

MAR 16 2001
FILED
FRANCIS E. [illegible], CLERK
JUDGMENT ENTD